T. J. NORTON, ADMINISTRATOR OF THE ESTATE OF JERRY LARNE NORTON, DECEASED v. THE TOWN OF HAMLET.

(Filed 13 January, 1956)

APPEAL by defendant from *Gwyn, J.,* June Term, 1955, RICHMOND. Reversed.

Civil action to recover damages for the wrongful death of plaintiff's intestate.

Defendant demurred to the complaint, the demurrer was overruled, and defendant appealed.

*Pittman & Webb for plaintiff appellee.*
*Z. V. Morgan for defendant appellant.*

PER CURIAM. Plaintiff's intestate is the five-year-old child who accompanied the plaintiff's intestate in *Lovin v. Hamlet, ante,* p. 399, to the park and playground maintained by the defendant municipality. He was likewise drowned, and his body was found in water about eight feet deep. The two are companion cases. What is said in *Lovin v. Hamlet* is controlling here. The judgment entered in the court below is reversed on authority of the opinion in that case.

Reversed.

HIGGINS, J., took no part in the consideration or decision of this case.